HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HOWARD MCKINNEY,

      Plaintiff,

vs.

WERNER CO., a Delaware Corporation;
NEW WERNER HOLDING CO. (DE),
INC. d/b/a WERNER HOLDING CO., a
Delaware corporation; HOME DEPOT
U.S.A., INC., a Delaware corporation,

      Defendants.

CASE NO.  3:22-cv-05859-TMC

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO CONTINUE DISCOVERY COMPLETION DEADLINE**

**HEARING**: December 28, 2023

This matter having come before the undersigned judge of the above-entitled Court upon Defendants Werner Co., New Werner Holding Co., Inc. (incorrectly named as "New Werner Holding Co. (DE), Inc. d/b/a Werner Holding Co."), and Home Depot U.S.A., Inc. ("Defendants") along with Plaintiff, Howard McKinney ("Plaintiff") Motion to Amend Scheduling Order to Continue Discovery Completion Deadline and the Court having considered the same, the record and files herein, including the following:

    1.  The parties' Motion to Amend Scheduling Order to Continue Discovery Completion Deadline;

ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER TO CONTINUE DISCOVERY
COMPLETION DEADLINE - 1

**GORDON & POLSCER, L.L.C.**
1700 Seventh Avenue, Suite 2100
Seattle, WA  98101
(206) 223-4226

1    2.  Declaration of Michael Terhar in Support of the joint motion.

2    It is now therefore ordered, adjudged, and decreed that good cause exists and the parties'

3    Motion to Amend Scheduling Order to Continue Discovery Completion Deadline is GRANTED.

4    It is FURTHER ORDERED that the Scheduling Order in this matter is hereby amended so that the

5    Discovery Completion deadline is continued from January 19, 2024 to January 31, 2024.

6

7    Dated: December 29, 2023

8

9

10   _____
     Tiffany M. Cartwright
11   United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER TO CONTINUE DISCOVERY
COMPLETION DEADLINE - 2

## CERTIFICATE OF SERVICE

**Attorneys for Plaintiff, Howard McKinney**

Patrick R West, WSBA No. 41949
West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, WA 98402
Phone: (253) 383-4704
patrick@westlawtacoma.com
Linnea@westlawtacoma.com

☐ U.S. Mail
☐ Hand Delivery
☐ Telefax
☒ **CM/ECF**
☐ UPS
☒ **E-mail**

**Attorneys for Defendants, Werner Co. and Home Depot U.S.A., Inc.**

T. Arlen Rumsey
GORDON & POLSCER, LLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Phone (206) 223-4226
arumsey@gordon-polscer.com
echien@gordon-polscer.com

☐ U.S. Mail
☐ Hand Delivery
☐ Telefax
☒ **CM/ECF**
☐ UPS
☒ **E-mail**

The undersigned certifies, under penalty of perjury under the laws of the United States, that on the date indicated below, I caused the foregoing document to be served on the following individuals in the manner indicated below:

Dated: December 28, 2023

By:   _/s/ Kyle Terhar_____
Kyle Terhar, Legal Assistant

ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER TO CONTINUE DISCOVERY
COMPLETION DEADLINE - 3

**GORDON & POLSCER, L.L.C.**
1700 Seventh Avenue, Suite 2100
Seattle, WA  98101
(206) 223-4226